IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIE L. MOSBY**                                                                                      **PLAINTIFF**

v.                              **3:24-cv-00199-BRW-JJV**

**RUSSELL BRINSFIELD,**
Sheriff, Jackson County; *et al.*                                                              **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe (Doc. No. 17).   No objections have been filed, and the time to do so has passed.   After careful review, I adopt Recommendation in its entirety.

Therefore, Plaintiff may proceed with his September 6, 2023 excessive force claim against Defendants Kendall Doe, Russell Brinsfield, and Curt Cooper in their personal capacities only.   All other claims, as well as Defendants Essley and Vera Doe are DISMISSED without prejudice.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 13th day of February, 2025.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE