# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

WILLIE L. MOSBY                                                      PLAINTIFF

v.                               3:24-cv-00199-JM-JJV

RUSSELL BRINSFIELD,
Sheriff, Jackson County; *et al.*                             DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD, along with careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 33) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 22nd day of April, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE