### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. MOSBY | PLAINTIFF |
| v. | 3:24-cv-00199-JM |
| RUSSELL BRINSFIELD,<br>Sheriff, Jackson County; *et al.* | DEFENDANTS |

### ORDER

Early in this case, the Court advised Plaintiff of his obligation under Local Rule 5.5(c)(2) to maintain a valid service address with the Clerk and warned him that this case could be dismissed without prejudice if he failed to do so. (Doc. 2.) In July 2025, Plaintiff changed his address to the Arkansas State Hospital. (Doc. 40.) However, since that time, mail the Clerk and Defendants have sent to Plaintiff at the Arkansas State Hospital has been returned undelivered because he is no longer there. (Docs. 42, 43.) Accordingly, on November 5, 2025, the Court gave Plaintiff thirty days to update his mailing address. (Doc. 44.) The time for Plaintiff to respond to that Order has passed.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss due to a lack of prosecution (Doc. 43) is GRANTED, and this case is DISMISSED without prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 4th day of December 2025.

_____
UNITED STATES DISTRICT JUDGE