**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

WILLIE L. MOSBY                                                            PLAINTIFF

v.                                                    3:24-cv-00199-JM

RUSSELL BRINSFIELD,
Sheriff, Jackson County; *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

WITHOUT PREJUDICE, and this case is CLOSED.  It is certified that an *in forma pauperis* appeal

from this Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated this 4th  day of December 2025.


_____
UNITED STATES DISTRICT JUDGE